UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOTTLING GROUP LLC d/b/a PEPSI
BEVERAGE COMPANY,

               Petitioner,

-against-

RONNY'S A-LA-CARTE, INC.,

               Respondent.

**ORDER**

21-CV-01129 (PMH)

PHILIP M. HALPERN, United States District Judge:

    This action having been commenced on February 8, 2021 by the filing of the Summons and Petition, a copy of the Summons and Petition having been served on Ronny's A-La-Carte, Inc. ("Respondent"), through substituted service of process through the Georgia Secretary of State, Corporations Division on March 1, 2021, and a Certificate of Service having been filed on March 9, 2021 (and personal service of process attempted on February 17, February 19, February 20, and March 1, 2021, at the address of Ronny Shiflet, President of Ronny's A-La-Carte, Inc., as well as on February 20, 2021 at the business address of Ronny's A-La-Carte, Inc., and proof of attempted service having been filed on March 23, 2021), and Respondent not having answered the Petition, and the time for answering the Petition having expired, and a Certificate of Default having been issued on March 24, 2021 (Doc. 16), and Respondent not having served and filed opposition with respect to the Order to Show Cause Without Emergency Relief issued on March 26, 2021 (Doc. 21), and the time for serving and filing opposition papers with respect to such Order having expired, it is

    **ORDERED, ADJUDGED AND DECREED** that Petitioner, Bottling Group LLC, have judgment against Respondent in the amount of $1,581,602.50.

SO ORDERED:

Dated: White Plains, New York
October 18, 2021

_____
PHILIP M. HALPERN
United States District Judge